THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD CAPERS, Appellant. [746 NYS2d 266]

Evidence of uncharged criminal conduct by the defendant

was properly admitted to complete the narrative (*see People v Gines,* 36 NY2d 932; *People v Jeannis,* 271 AD2d 457).

The defendant's remaining contention does not warrant reversal (*see People v Sanders,* 280 AD2d 560). Ritter, J.P., Feuerstein, Smith and Adams, JJ., concur.